ministrator. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924.

Francis X. Busch, Corporation Counsel, and John J. Kelly, for appellant; Albert H. Veeder and Daniel V. Gallery, Assistant Corporation Counsel, of counsel. W. E. Keeley and Ogren & Wermuth, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**M. G. Kasper, appellant, v. Mateusz Fudacz, appellee. Gen. No. 29,023.**

Retrial of *Kasper v. Fudacz*, 223 Ill. App. 643. Action on agreement whereby plaintiff turned over to defendant notes for $2,400 under agreement by defendant to pay $400 thereof to creditors of plaintiff and to retain balance in satisfaction of his own claim. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924.

Shannon & Morrill, for appellant. No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Harry C. Perrottet, appellee, v. Garrett Barry, appellant. Gen. No. 29,035.**

Suit under section 21 of Municipal Court Act to vacate judgment in case arising out of automobile collision. Petition dismissed. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded with directions. Opinion filed May 27, 1924.

Charles E. Green and Lawrence A. Rice, for appellant. Burt A. Crowe, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Abraham Chesler, complainant and appellee, v. Charles A. Brillow et al., defendants, on appeal of Charles A. Brillow, appellant. Gen. No. 29,053.**

Bill to remove cloud on title. Decree granted as prayed. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

John A. Brown, for appellant. Fassett, Abbott & Hughes, for appellee; Edwin H. Abbott and John Weaver, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Carrie A. Cooper et al., administrators of the estate of H. W. Cooper, deceased, complainants and appellees, v. Empire Security Company et al., defendants, on appeal of C. B. Little and P. M. Starnes, appellants. Gen. No. 29,066.**

Bill for accounting for stock transactions, to have a purchase of stock decreed to have been obtained through fraud and deceit, and

to have sale set aside and stock canceled, and for return of money. Decree granted, conditioned on return of certificates for cancellation. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924. Rehearing denied June 10, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellants. Bangs & Frankhauser, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Universal Vending Service Company, appellee, v. Israel Luck, appellant. Gen. No. 29,068.**

Forcible detainer for news stand and concession space in elevated railway station. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

David Snyder, for appellant. Schuyler, Ettelson & Weinfeld, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Frank G. Hajicek, appellant, v. David W. Goldsby et al., defendants. Edward A. Reinick et al., appellees. Gen. No. 29,093.**

Bill for removal of clouds on title. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the June term, 1923. Affirmed. Opinion filed May 27, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Joseph Z. Klenha and Abraham Greenfield, for appellant; Louis M. Mantynband, of counsel. William Slack, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Peter Klein, appellee, v. Harriet B. Borland, appellant. Gen. No. 28,560.**

Personal injury suit. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. MacDonald, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed in case of a remittitur to $4,000. Opinion filed May 27, 1924.

Cassels, Potter & Gilbert, for appellant. Ralph F. Potter, Kenneth B. Hawkins and John W. Fisher, of counsel. Charles C. Spencer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**In re estate of Samuel K. Martin, deceased, on appeal of Wilton B. Martin Company, co-ancillary executor of the last will and testament of Samuel K. Martin, deceased, appellant, v. Central Trust Company of Illinois, also co-ancillary executor of the last will and testament of Samuel K. Martin, deceased, appellee. Gen. No. 28,854.**

Fee of $1,100 allowed to co-ancillary executor of wills. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the second division of this court for